1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9 Jessie Wilder Darrin,     No. CV-21-02196-PHX-DWL

10    Petitioner,     **ORDER**

11 v.

12 David Shinn, et al.,

13    Respondents.

14

15    Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus

16 pursuant to 28 U.S.C. § 2254 (Doc. 1) and the Report and Recommendation ("R&R") of

17 the United States Magistrate Judge (Doc. 27).  The R&R, which was issued on October 18,

18 2022, recommended that the petition be denied and dismissed with prejudice and further

19 provided that "[t]he parties shall have fourteen days from the date of service of a copy of

20 this recommendation within which to file specific written objections with the Court."  (Doc.

21 27 at 54-55.)

22    Here, no objections have been filed and the time to object—which was previously

23 extended at Petitioner's request (Docs. 28, 29)—has expired.  Thus, the Court accepts the

24 Magistrate Judge's recommendation.  *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50

25 (1985) ("It does not appear that Congress intended to require district court review of a

26 magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

27 neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226

28 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and

recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 27) is accepted, that the Petition (Doc. 1) is denied and dismissed with prejudice, and that the Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 28th day of December, 2022.

_____
Dominic W. Lanza
United States District Judge